ORDERED.

**Dated: June 21, 2021**

*Karen S. Jennemann*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :                                                                 Case No. **6:20-bk-02178-KSJ**
                                                                        Chapter 7

**Hector Manuel Mendoza**,
                        Debtor.
_____/

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN NON-EXEMPT REAL ESTATE IN ORANGE COUNTY, FLORIDA

THIS CASE came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Orange County, Florida, dated May 13, 2021, (docket no. 33), and Trustee's Report of Reduction of Buyer's Premium, dated June 21, 2021, (docket no. 34). Said Motion was served on all interested parties and no response has been received by the Court. Therefore, the Court considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise apprised of the matter

Accordingly, it is

**ORDERED**, that the Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Orange County, Florida, is granted, and the Trustee is authorized to sell the estate's interest in said property, as follows:

1. The property to be sold is more particularly described as :

   **Unit No. 63C, Building No. 63, CARTER GLEN, A CONDOMINIUM, as recorded in Official Records Book 8634, Pages 2700 through 2955, inclusive, Official Records Book 8849, Pages 4580 and 4581, Official Records Book 8849, Pages 4582 and 4583, and Official Records Book 8937, Pages 4158 through 4253, inclusive, Official Records Book 9886, Pages 7948 and 7949, and any amendments thereto, of the Public Records of Orange County, Florida.**

   **Parcel ID No. 23-23-30-1205-63-030**
   **a/k/a 6528 S. Goldenrod Rd., Unit C, Orlando, FL 32822**

2. The property shall be sold to the following buyer for the sales price indicated :

| | |
|---|---|
| **Mountain Side Investment of Miami Inc.**<br>14905 SW 80 St., Apt. #101<br>Miami, FL 33193 | Sales Price<br>**$ 220,000.00 + $4,634.11**<br>**buyer's premium paid to**<br>**the bankruptcy estate** |

3. The Trustee has represented that no closing costs are to be paid by the Estate and has obtained short sale approval from the first mortgage holder who has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy the existing mortgage, prorated 2021 real estate taxes, delinquent homeowners association dues, and bankruptcy estate carve out as described in the Motion. Furthermore, Buyer has agreed to pay the buyer's premium and sums necessary to obtain the release of the judgment lien in favor of Grow Financial Federal Credit Union.

4. Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate, subject to current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision and/or condominium, and public utility easements of record.

5. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

6. The 14-day stay pursuant to Rule 6004(h) is hereby waived.

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.